IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-71-GCM

| BANK OF AMERICA, N.A., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| GREENPOINT MORTGAGE FUNDING, INC., | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the court on its own motion. The Certification and Report of Attorneys' Conference in this case indicates that the parties request a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in my chambers on **Tuesday, June 23, 2009 at 11:00 a.m.**

      **IT IS SO ORDERED.**　　　　　　　Signed: May 28, 2009

Graham C. Mullen
United States District Judge

**Signed: October 27, 2005**

Graham C. Mullen
Chief United States District Judge